United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00446-JAW
Dewayne Young  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 2
Date Rcvd: Apr 16, 2025  Form ID: n031  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dewayne Young, 623 Post Oak Place, Pearl, MS 39208-5534 |
| 5476331 | + | Adrian Young, 623 Post Oak Place, Pearl, MS 39208-5534 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 16 2025 19:43:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 5476332 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2025 19:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5498934 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2025 19:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5476333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 19:43:20 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5476334 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 19:43:28 | Citiibank, Pob 790040, St Louis, MO 63179-0040 |
| 5498840 | | Email/Text: mrdiscen@discover.com | Apr 16 2025 19:43:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5476335 | + | Email/Text: mrdiscen@discover.com | Apr 16 2025 19:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5476336 | + | Email/Text: bankruptcy@curo.com | Apr 16 2025 19:44:00 | First Heritage, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5490429 | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 19:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5476337 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2025 19:43:27 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5480472 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 16 2025 19:43:00 | Karen A. Maxcy, McCalla Raymer Leibert Pierce, LLP, For Nationstar Mortgage, LLC, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5476338 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 19:43:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5497668 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 16 2025 19:44:00 | NAVY FEDERAL CREDIT UNION, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5476339 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 16 2025 19:44:00 | Navy Federal Credit, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5477296 | + | Email/Text: newbk@Regions.com | Apr 16 2025 19:43:00 | Regions Bank, PO Box 10063, Birmingham AL |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: n031 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 5476340 | + | Email/Text: newbk@Regions.com | Apr 16 2025 19:43:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N, Hoover, AL 35203-2610 |
| 5495268 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 19:43:20 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5476341 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 19:43:20 | Synchrony, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5476342 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 16 2025 19:43:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5487197 | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 19:43:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5480676 | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 19:43:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Karen A. Maxcy | on behalf of Creditor Nationstar Mortgage LLC karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Dewayne Young trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00446−JAW
**Chapter:** 13

**In re:**

Dewayne Young
aka Dwayne Young, aka Dewayne Young Sr.
623 Post Oak Place
Pearl, MS 39208

## Notice of Entry of Order Confirming Plan

The Court entered an Order on April 16, 2025 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: April 16, 2025                                  Danny L. Miller, Clerk of Court