| Fill in this information to identify the case: |
| --- |
| Debtor 1   Dewayne Young |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the:  SOUTHERN   District of  MISSISSIPPI (State) |
| Case number  25-00446-JAW |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Nationstar Mortgage LLC      **Court claim no. (if known)**   11

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX5397

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 4/24/2025, | (5) | $ 200.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1   Dewayne Young
           First Name   Middle Name   Last Name

Case number (*if known*)   25-00446-JAW

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Michael  McCormick
    Signature

Date   08/10/2025

Print:   Michael                    McCormick
         First Name   Middle Name   Last Name

Title   Authorized Agent

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number   Street
          Roswell            GA         30076
          City               State      ZIP Code

Contact phone   678-281-3918

Email   Michael.McCormick@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No.** 25-00446-JAW |
| Dewayne Young ) | **Chapter** 13 |
| ) | |
| ) | **JUDGE:** Jamie A. Wilson |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

Bankruptcy/Proof of Claim Fees $200.00

| 04/24/2025 | Preparation and Filing of Proof of Claim | $200.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$200.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re:<br>Dewayne Young | Bankruptcy Case No.: 25-00446-JAW<br>Chapter: 13<br>Judge: Jamie A. Wilson |

## CERTIFICATE OF SERVICE

I, Michael McCormick, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Dewayne Young
623 Post Oak Place
Pearl, MS 39208

Thomas Carl Rollins, Jr             *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr.              *(Served via ECF Notification)*
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee               *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   08/14/2025      By:    */s/Michael McCormick*
                 (date)                Michael McCormick
                                       Authorized Agent for Creditor