**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF: CHAPTER 13 NO.:

DEWAYNE YOUNG 25-00446 – JAW

**TRUSTEE'S NOTICE AND MOTION TO MODIFY**

COMES NOW Harold J. Barkley, Jr, the duly appointed and qualified Standing Trustee in the above cause and moves to modify the above proceeding for reasons to be shown below.

1. The Debtor's Chapter 13 Plan was confirmed by Order of this Court entered on April 16, 2025.

2. That, on August 14, 2025, Nationstar Mortgage, LLC filed a Notice of Post-petition Mortgage Fees, Expenses, and Charges (DK # 23) in the amount of $200.00 for Bankruptcy /Proof of Claim fees incurred April 24, 2025.

3. Therefore, the Debtor's Plan should be modified to pay Creditor Nationstar Mortgage, LLC for the Post-petition Mortgage Fees, Expenses and Charges in the amount of $200.00 over the life of the Debtor's Plan.

4. That, the Debtor's wage deduction order should be amended as necessary to comply with the terms of this Motion.

5. The indebtedness of those creditors, not timely filing proof of claims, should be paid $0.00, and said indebtedness should be discharged upon completion of this plan.

6. **You are hereby notified** that all Objections must be made in writing to the Clerk of this Court. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U. S. Bankruptcy Court, U. S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, with a copy mailed to the Trustee at the address below.

7. Y**ou are further notified** that all Objections must be made within thirty (30) days of this date, being **September 15, 2025**

8. Y**ou are further notified** that should no Objection be timely filed, the Court will be requested to enter an Order ex parte.

9. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion to Modify,

and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: August 15, 2025

Respectfully submitted,

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601-362-6161 / FAX: 601-362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Dewayne Young
623 Post Oak Place
Pearl, MS 39208

Karen A. Maxcy
Karen.maxcy@mccalla.com

Michael J. McCormick
Michael.McCormick@mccalla.com

Nationstar Mortgage, LLC
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

Nationstar Mortgage, LLC
Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741


Dated: August 15, 2025

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.