_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 19, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| DEWAYNE YOUNG | 25-00446 – JAW |

## ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK # 24 ); and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is granted.

THAT, the Debtor's plan is hereby modified to pay Creditor Nationstar Mortgage, LLC (Claim No. 11) the Post-petition Mortgage Fees, Expenses and Charges in the amount of $200.00 over the life of the Debtor's Plan.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

THAT, the Debtor's Wage Deduction Order shall be amended as necessary to comply with the terms of this order.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM